UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 09-cr-175-02-JL

<u>Chelsea O'Connell</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14 ) filed by defendant is granted; Final Pretrial is rescheduled to January 25, 2010 at 2:00pm; Trial is continued to the two-week period beginning February 2, 2010, 9:30am.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                             Joseph N. Laplante
                                                            United States District Judge

Date: December 16, 2009

cc:  Simon R. Brown, Esq.
     Clyde R. W. Garrigan
     U.S. Marshal
     U.S. Probation